UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>PFIZER INC., PURDUE PHARMA L.P., )<br>)<br>Intervenors-Defendants. )<br>) | Civil Action No. 11-1681 (BAH)<br>Judge Beryl A. Howell |

## JOINT MOTION TO SET BRIEFING SCHEDULE

This case is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The parties agree that the case is likely to be resolved through dispositive motions. The parties take no position at this time whether oral argument will be necessary before resolution of this case.

The parties jointly move the Court to enter the following briefing schedule:

1. The defendant will file a *Vaughn* index by March 6, 2012;

2. The defendant will file a motion for summary judgment by April 5, 2012;

3. The defendants-intervenors will file motions for summary judgment by April 12, 2012;

4. The plaintiff will file a combined opposition and cross-motion for summary judgment by May 14, 2012.

5. The defendant and defendants-intervenors will file their combined reply and opposition to the plaintiff's motion for summary judgment by June 13, 2012.

6. The plaintiff will file a reply by July 13, 2012.

Pursuant to this Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Allison M. Zieve<br>Allison M. Zieve, D.C. Bar No. 424786<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br>azieve@citizen.org | RONALD C. MACHEN JR., D.C. Bar #447889<br>United States Attorney<br>for the District of Columbia<br><br>RUDOLPH CONTRERAS, D.C. Bar #434122<br>Chief, Civil Division<br><br>By: /s/ Carl Ezekiel Ross<br>CARL EZEKIEL ROSS, D.C. Bar #492441<br>Assistant United States Attorney Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 305-4851<br>Fax: (202) 514 8780 |
| Attorney for Plaintiff | Attorneys for Defendant |
| /s/ Lee Calligaro<br>Lee Calligaro, D.C. Bar No. 186809<br>EPSTEIN, BECKER & GREEN, P.C.<br>1227 25th Street, NW<br>7th Floor<br>Washington, DC 20037<br>(202) 955-7188 | /s/ Ronald J. Tenpas<br>Ronald J. Tenpas, D.C. Bar No. 981074<br>/s/ David M. Kerr<br>David M. Kerr, D.C. Bar No. 475707<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-5435 |
| Attorney for Intervenor-Defendant<br>Purdue Pharma L.P. | Attorneys for Intervenor-Defendant<br>Pfizer, Inc. |

December 22, 2011