**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 1 | OIG-000013 | September 2005, 2004 Corporate Integrity Agreement Annual Report - Year 1, Volume 1, Tab 2, material changes to Blue Book | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.[1] This information provides insight into Pfizer's internal business and legal decisions, the priority assigned to different changes, and Pfizer's evolving interpretations of how to comply with laws and industry guidance. The information also relates to the company's rules governing interactions with healthcare professionals, purchasers and other customers, and contractors and vendors. Pfizer maintains this information in strict confidence and does not disclose it to the public. The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of the document |
| 2 | OIG-000015 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume I, Tab 3, Policies and Procedures, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information . As the underlying Policies and Procedures summarized in this record are exempt from disclosure, the references to those documents are also exempt from disclosure. These sections provide insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance. Pfizer maintains this information in strict confidence and does not disclose it to the public. The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of the document |

---

[1] 5 U.S.C. § 552(b)(4) (2010). This corresponds directly with HHS FOIA Regulation 45 C.F.R § 5.65 Exemption Four: Trade secrets and confidential commercial or financial information.

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 3 | OIG-000017 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume I, Tab 4, Blue Book Certification Report | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records reflect information including, but not limited to, Pfizer's interpretation of its obligations under the CIA, specific steps undertaken to implement the CIA, and internal business decisions.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to this information is very limited even within Pfizer. | Redacted portion of the document |
| 4 | OIG-000019-OIG-000031 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 5, Training Documents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain detailed information about each training program, including but not limited to the topics covered, the nature of the audience, the duration of the training, and the percent of Covered Persons attending.  The records also contain an explanation of any exceptions to completion of the required training.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited even within Pfizer. | Redacted portion of and pages removed from the document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 5 | OIG-000035 - OIG-000053 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 6A, IRO Engagement Letter | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   The records under this Tab relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 6 | OIG-000054 - OIG-000062 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 6B, IRO Workplan for Promotional and Product Services Systems Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; and provides insight into how Pfizer manages various business,, legal, compliance and other obligations; and how the company interacts with the HCPs and the medical community.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 7 | OIG-000069 - OIG-000076 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 8, Summary of Engagements Between Pfizer and the IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The lists of current and prior engagements between Pfizer and the IRO contain detailed, confidential information regarding the scope and objectives of each referenced project.  Pfizer treats this information as confidential and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 8 | OIG-000083 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 10, Changes to the Ineligible Persons Management Process | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material concerns the changes, if any, made by Pfizer to its management process regarding ineligible persons.  This information includes confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of the document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 9 | OIG-00086 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 11, Ineligible Persons and Actions Taken | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.[2]  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions and may identify Pfizer employees by name.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of the document |

[2] 5 U.S.C. § 552(b) (6) (2010).  This corresponds directly with HHS FOIA Regulation 45 C.F.R § 5.67  Exemption Six: Clearly unwarranted invasion of personal privacy

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 10 | OIG-000088-OIG-000100 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 12, Reportable Events | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information; 5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  The summary of reportable events contains highly sensitive, commercial information.  Pfizer never releases compliance information or information regarding potential Reportable Events to the public, nor publicly reveal that it has made a submission to OIG.  Pfizer takes reasonable steps to limit access to this information even within its own organization.  The general custom in the pharmaceutical industry is not to release such information to the public.   Release of the information would violate the privacy of  Pfizer and its employees as the records could expose the number and scope of "Reportable Events," the individuals involved in the events, the internal workings of Pfizer's compliance system, and the handling of sensitive employment matters. | Redacted portions of the document |
| 11 | OIG-000107-OIG-000110 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 13B,  Neurontin Corporate Integrity Agreement Summary | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain information related to notifications to Pfizer's Board of Directors and other Covered Persons about the CIA and Pfizer's obligations thereunder.  They reveal the specific steps Pfizer took or would take to implement the CIA.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 12 | OIG-000112-OIG-000120 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 14A, Summary of Disclosures in the Disclosure Log | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  In addition to containing a summary of all disclosures in Pfizer's Disclosure Log, the document contains information regarding the actions taken in response to the disclosure and status, as well as proactive reviews undertaken voluntarily and updates to previous logs.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Entire document |
| 13 | OIG-000123-OIG-000124 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 15, Ongoing Investigations and Legal Proceeding | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains summaries about government investigations of Pfizer and legal proceedings involving Pfizer, as well as actions taken by Pfizer and the status of the matter.  This material contains highly sensitive commercial information.  Pfizer does not release this information to the public, and even the existence of some of these matters is confidential.  General custom in the pharmaceutical industry is not to release such information to the public, and access to the information is limited within Pfizer.  Release of the information would cause substantial competitive harm to Pfizer because it would reveal detailed information regarding confidential investigations or legal proceedings against Pfizer, many of which, or the specific details of which, have not otherwise been disclosed to the public. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 14 | OIG-000126 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 16, FDA Communications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This summary contains a description of Pfizer's communications with the FDA, to the extent they exist.  Pfizer does not disclose this information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of the document |
| 15 | OIG-000128-OIG-000141 | September 2005, 2004 Corporate Integrity Agreement Annual Report – Year 1, Volume 1, Tab 17,  Detailing Sessions Between HCPS and Covered Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's findings relating to off-label uses of certain drugs and data relating thereto, and contains multiple sub-sections.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of and ;pages removed from the document |
| 16 | OIG-000155 | 2005 Corporate Integrity Agreement Annual Report Volume 2 – Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   As the underlying documents are exempt from disclosure, the references to those documents are also exempt from disclosure.  The underlying documents contain proprietary information not disclosed to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of the document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 17 | OIG-000567-OIG-000568; OIG-000570-OIG-000576; OIG-000578; OIG-000601-OIG-000604; OIG-000606; OIG-000607-OIG-000610; OIG-000612-OIG-000613 | 2005 Corporate Integrity Agreement Annual Report Volume 2, Tab 6, MCRC Transitional Policy (including Exhibits A, B, E, F & G) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The MCRC Transitional Policy document contains confidential information related to the creation and roll-out of the MCRC to ensure compliance with the managed care and Medicaid portions of Pfizer's CIA.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Pages removed from document |
| 18 | OIG-000695-OIG-000699 | 2005 Corporate Integrity Agreement Annual Report Volume 2 – Tab 10, Quality Assurance (QA) Alert Policy | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential information related to Pfizer's policy governing requests for medical information submitted by Sales Representatives.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 19 | OIG-000701; | 2005 Corporate Integrity Agreement Annual Report Volume 3 – Corporate Integrity Agreement and Policies on Business Conduct Training Modules, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure.  The training modules in this Volume are exempt in their entirety from disclosure.   Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 20 | OIG-000703-OIG-000826 OIG-000828-OIG-000964; OIG-000966-OIG-001096; OIG-0001098-OIG-0001230; OIG-001232-OIG-001347; OIG-001349-OIG-001453 | 2005 Corporate Integrity Agreement Annual Report Volume 3 – Corporate Integrity Agreement and Policies on Business Conduct Training Modules – Tabs 1, 2, 3, 4, 5 & 6 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These documents contain Pfizer's confidential, proprietary training material.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |
| 21 | OIG-001349-OIG-001453 | 2005 Corporate Integrity Agreement Annual Report Volume 3 – Corporate Integrity Agreement and Policies on Business Conduct Training Modules – Tab 6 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential, proprietary training material.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 22 | OIG-001456 - OIG-001495 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report also contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies. The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 23 | OIG-001670-OIG-001672 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Redacted portion of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 24 | OIG-001676 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005, Tab D | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Redacted portions of the document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 25 | OIG-001678-OIG-001683 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005, Tab E | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Redacted portions of the document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 26 | OIG-001685 - OIG-001690 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005, Tab F | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 27 | OIG-001692 - OIG-001719 | IRO Year Two Report, Managed Care Contracting Engagement-Testing Report 2005, Tab G | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 28 | OIG-001722 - OIG-001790 | IRO Report – Corporate Integrity Agreement, Promotional and Product Services Engagement, Year One Report, September 30, 2005 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 29 | OIG-001792 - OIG-001799 | IRO Report – Corporate Integrity Agreement, Promotional and Product Services Engagement, Year One Report, September 30, 2005, Tab A | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 30 | OIG-001811 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 2, Pfizer Policies on Business Conduct | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This information provides insight into Pfizer's internal business and legal decisions, the priority assigned to different changes, and Pfizer's evolving interpretations of how to comply with laws and industry guidance.  The information also relates to the company's rules governing interactions with healthcare professionals, purchasers and other customers, and contractors and vendors.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 31 | OIG-001813 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 3, Pfizer Policies and Procedures, List of Policies and Procedures | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying Policies and Procedures listed in this document are exempt from disclosure, the references to those documents are also exempt from disclosure.  These sections provide insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |
| 32 | OIG-001815 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 4, Blue Book (Pfizer Policies on Business Conduct) Certification | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information. These records reflect information including, but not limited to, Pfizer's interpretation of its obligations under the CIA, specific steps undertaken to implement the CIA, and internal business decisions.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to this information is very limited even within Pfizer. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 33 | OIG-001817-OIG-001824 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 5, Corporate Integrity Agreement Training and Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain detailed information about each training program, including but not limited to the topics covered, the nature of the audience, the duration of the training, and the percent of Covered Persons attending.  The records also contain an explanation of any exceptions to completion of the required training.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited even within Pfizer. | Redacted portions of and pages removed from document |
| 34 | OIG-001828-OIG-001840 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 6A , IRO Engagement Letter | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information. The records under this Tab relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 35 | OIG-001842-OIG-001847 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 6B , Managed Care Contracting Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The records under this Tab relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 36 | OIG-001849-OIG-001856 | Corporate Integrity Agreement Annual Report, 2006, Volume 1, Tab 6C , Promotional and Product Systems Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The records under this Tab relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 37 | OIG-001866-OIG-001867 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 8A, Current and Prior Engagements with Pfizer Inc. and IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The lists of current and prior engagements between Pfizer and the IRO contain detailed, confidential information regarding the scope and objectives of each referenced project.  Pfizer treats this information as confidential and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 38 | OIG-001874 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 10, Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material concerns the changes, if any, made by Pfizer to its management process regarding ineligible persons.  This information includes confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 39 | OIG-001878-OIG-001880 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 11A, Ineligible Person | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  This material contains confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA and may identify Pfizer employees by name.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of  and pages removed from document |
| 40 | OIG-001882-OIG-001884 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 11B, Ineligible Person, Letter to OIG | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 41 | OIG-001887-OIG-001893 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 12, Summary of Reportable Events | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information; 5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  The summary of reportable events contains highly sensitive, commercial information.  Pfizer never releases compliance information or information regarding potential Reportable Events to the public, nor publicly reveal that it has made a submission to OIG.  Pfizer takes reasonable steps to limit access to this information even within its own organization.  The general custom in the pharmaceutical industry is not to release such information to the public.   Release of the information would violate the privacy of Pfizer and its employees as the records could expose the number and scope of "Reportable Events," the individuals involved in the events, the internal workings of Pfizer's compliance system, and the handling of sensitive employment matters. | Redacted portions of document |
| 42 | OIG-001901-OIG-001904 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 13B, Neurontin Corporate Integrity Agreement Summary | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain information related to notifications to Pfizer's Board of Directors and other Covered Persons about the CIA and Pfizer's obligations thereunder.  They reveal the specific steps Pfizer took or would take to implement the CIA.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 43 | OIG-001906-OIG-001919 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 14, Disclosure Log | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  In addition to containing a summary of all disclosures in Pfizer's Disclosure Log, the document contains information regarding the actions taken in response to the disclosure and status, as well as proactive reviews undertaken voluntarily and updates to previous logs.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Redacted portion of  and pages removed from document |
| 44 | OIG-001921-OIG-001923 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 15, Ongoing Investigations and Legal Proceeding | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains highly sensitive commercial information.  Pfizer does not release this information to the public, and even the existence of some of these matters is confidential.  General custom in the pharmaceutical industry is not to release such information to the public, and access to the information is limited within Pfizer.  Release of the information would cause substantial competitive harm to Pfizer because it would reveal detailed information regarding confidential investigations or legal proceedings against Pfizer, many of which, or the specific details of which, have not otherwise been disclosed to the public. | Redacted portion of  and pages removed from document |
| 45 | OIG-001925 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 16, FDA Communications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This summary contains a description of Pfizer's communications with the FDA, to the extent they exist.  Pfizer does not disclose this information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|------------------------------------------------------------|----------------------|
| 46 | OIG-001927; | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17, Detailing Sessions Between HCPS and Covered Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained from the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portions of and pages removed from document |
| 47 | OIG-001929-OIG-001930 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17A, Audit Methodology | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology in selecting & obtaining records related to detailing interactions.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 48 | OIG-001932-OIG-001944 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17B, Records Reflecting Content of Detailing Sessions | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information reflecting the topic of detailing interactions reviewed during the applicable time period.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 49 | OIG-001946-OIG-001947 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17C, Limitations on Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's detailing interactions review process.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 50 | OIG-001949 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17D, Review of Lipitor Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology of verbatim review related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 51 | OIG-001951 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17E, Review of Viagra Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology of verbatim review related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 52 | OIG-001953 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17F, Review of Zoloft Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology of verbatim review related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 53 | OIG-001955-OIG-001956 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 17G | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's findings and responses of potential issues identified during Pfizer's review of detailing interactions.  The highly sensitive, commercial information contained in the summary, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 54 | OIG-001963 | Corporate Integrity Agreement Annual Review, Annual Report 2006, Volume 1, Tab 19, Corporate Structure | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The organizational charts provide a great amount of detail about Pfizer's corporate structure that is not in the public domain, such as in SEC filings.  Pfizer maintains this detailed corporate organization information in strict confidence and does not disclose it to the public.  Access to this information is limited even within Pfizer.  The general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portions of document |
| 55 | OIG-001972 | Corporate Integrity Agreement Annual Report, September 2006, Volume 2, Pfizer Policies and Procedures, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure.  The underlying documents referenced in the Table of Contents contain proprietary information not disclosed to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 56 | OIG-002476-OIG-002477; OIG-002479-OIG-002485; OIG-02507-OIG-002510; OIG-002512; OIG-002514-OIG-002516 | Corporate Integrity Agreement Annual Report, September 2006, Volume 2, Pfizer Policies and Procedures, Tab 5, MCRC Transitional Policy (including Exhibita A, C, F & G) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The MCRC Transitional Policy contains confidential information related to the creation and roll-out of the MCRC to ensure compliance with the managed care and Medicaid portions of Pfizer's CIA.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Pages removed from document |
| 57 | OIG-002569-OIG-002573 | Corporate Integrity Agreement Annual Report, September 2006, Volume 2, Pfizer Policies and Procedures, Tab 9, Quality Assurance (QA) Alert Policy | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential information related to Pfizer's policy governing requests for medical information submitted by Sales Representatives.  The document contains confidential, proprietary commercial information.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 58 | OIG-002575; | Corporate Integrity Agreement Annual Report, September 2006, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure.  The training modules in this Volume are exempt in their entirety from disclosure.   Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 59 | OIG-002577-OIG-002629 OIG-002632-OIG-002686; OIG-002688-OIG-002829; OIG-002831-OIG-002986; OIG-002988-OIG-003177; OIG-003179-OIG-003329 | Corporate Integrity Agreement Annual Report, September 2006, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Tabs 1, 2, 3, 4 & 5 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These documents contain Pfizer's confidential, proprietary training material.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |
| 60 | OIG-003332 - OIG-003372 | IRO Year Three Report, Corporate Integrity Agreement, Managed Care Contracting Engagement-Testing Report, Sept. 27, 2006 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 61 | OIG-003436 - OIG-003442 | IRO Year Three Report, Corporate Integrity Agreement, Managed Care Contracting Engagement-Testing Report, Sept. 27, Tab B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 62 | OIG-003444 - OIG-003455 | IRO Year Three Report, Corporate Integrity Agreement, Managed Care Contracting Engagement-Testing Report, Sept. 27, 2006, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 63 | OIG-003458 - OIG-003486 | Independent Review Organization, Promotional and Product Services Engagement Report, September 27, 2006 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information. These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations. Pfizer does not disclose this information to the public.  This report also contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 64 | OIG-003622-OIG-003625 | Independent Review Organization, Promotional and Product Services Engagement Report, September 27, 2006, Tab C, Epstein Becker & Green letter to OIG regarding scope of IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 65 | OIG-003629 - OIG-003637 | Independent Review Organization, Promotional and Product Services Engagement Report, September 27, 2006, Tab E | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 66 | OIG-003638 - OIG-003644 | Independent Review Organization, Promotional and Product Services Engagement Report, September 27, 2006, Tab F | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 67 | OIG-003659 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 2, Pfizer Policies on Business Conduct | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This information provides insight into Pfizer's internal business and legal decisions, the priority assigned to different changes, and Pfizer's evolving interpretations of how to comply with laws and industry guidance.  The information also relates to the company's rules governing interactions with healthcare professionals, purchasers and other customers, and contractors and vendors.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |
| 68 | OIG-003661 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 3, List of Policies and Procedures | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information .  As the underlying Policies and Procedures summarized in this record are exempt from disclosure, the references to those documents are also exempt from disclosure.  These sections provide insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 69 | OIG-003663 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 4, Blue Book (Pfizer Policies on Business Conduct) Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records reflect information including, but not limited to, Pfizer's interpretation of its obligations under the CIA, specific steps undertaken to implement the CIA, and internal business decisions.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to this information is very limited even within Pfizer. | Redacted portion of document |
| 70 | OIG-003665-OIG-003670 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 5, Corporate Integrity Agreement Training and Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain detailed information about each training program, including but not limited to the topics covered, the nature of the audience, the duration of the training, and the percent of Covered Persons attending.  The records also contain an explanation of any exceptions to completion of the required training.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited even within Pfizer. | Redacted portion of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 71 | OIG-003674 - OIG-003684 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 6A, IRO Engagement Letter | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited  within Pfizer to counsel and top management on a need-to-know basis. | Entire Document |
| 72 | OIG-003686- OIG-003692 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 6B, Managed Care Contracting Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited  within Pfizer to counsel and top management on a need-to-know basis. | Entire Document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 73 | OIG-003693-OIG-003707 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 6C, Promotional and Product Services Systems Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire Document |
| 74 | OIG-003717-OIG-003719 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 7B, Results of Pfizer's Internal Proactive Trimester Reviews | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   This document contains confidential, proprietary information related to Pfizer's proactive, voluntary reviews following the OIG's site visit in December of 2006 and includes a discussion of a finding that is outside the scope of the IRO's testing procedures and the scope of the CIA.  This information is not required by the CIA and is submitted voluntarily by Pfizer.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis.  Disclosure of this voluntarily submitted information could result in companies not submitting such information in the future. | Entire Document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 75 | OIG-003723 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 8A, Current and Prior Engagements with Pfizer Inc and IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The lists of current and prior engagements between Pfizer and the IRO contain detailed, confidential information regarding the scope and objectives of each referenced project.  Pfizer treats this information as confidential and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 76 | OIG-003730-OIG-003732 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 10, Pfizer Inc. Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material concerns the changes, if any, made by Pfizer to its management process regarding ineligible persons.  This information includes confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 77 | OIG-003737-OIG-003738 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 11A, Pfizer Inc Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions and may identify Pfizer employees by name.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of and page removed from document |
| 78 | OIG-003740-OIG-003750 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 11B, Pfizer Inc Ineligible Persons, Letter to OIG | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 79 | OIG-003752-OIG-003759 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 12, Summary of Reportable Events | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information; 5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  The summary of reportable events contains highly sensitive, commercial information.  Pfizer never releases compliance information or information regarding potential Reportable Events to the public, nor publicly reveal that it has made a submission to OIG.  Pfizer takes reasonable steps to limit access to this information even within its own organization.  The general custom in the pharmaceutical industry is not to release such information to the public.   Release of hte information would violate the privacy of Pfizer and its employees as the records could expose the number and scope of "Reportable Events," the individuals involved in the events, the internal workings of Pfizer's compliance system, and the handling of sensitive employment matters. | Redacted portions of document |
| 80 | OIG-003766-OIG-003770 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 13B, Neurontin Corporate Integrity Agreement Summary | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain information related to notifications to Pfizer's Board of Directors and other Covered Persons about the CIA and Pfizer's obligations thereunder.  They reveal the specific steps Pfizer took or would take to implement the CIA.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 81 | OIG-003772-OIG-003825 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 14, Disclosure Log | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  In addition to containing a summary of all disclosures in Pfizer's Disclosure Log, the document contains information regarding the actions taken in response to the disclosure and status, as well as proactive reviews undertaken voluntarily and updates to previous logs.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Redacted portions of and pages removed from document |
| 82 | OIG-003827-OIG-003829 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 15, Ongoing Investigations and Legal Proceeding | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains summaries about government investigations of Pfizer and legal proceedings involving Pfizer, as well as actions taken by Pfizer and the status of the matter.  This material contains highly sensitive commercial information.  Pfizer does not release this information to the public, and even the existence of some of these matters is confidential.  General custom in the pharmaceutical industry is not to release such information to the public, and access to the information is limited within Pfizer.  Release of the information would cause substantial competitive harm to Pfizer because it would reveal detailed information regarding confidential investigations or legal proceedings against Pfizer, many of which, or the specific details of which, have not otherwise been disclosed to the public. | Redacted portions of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 83 | OIG-003831 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 16, FDA Communications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This summary contains a description of Pfizer's communications with the FDA, to the extent they exist.  Pfizer does not disclose this information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |
| 84 | OIG-003833; | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17, Detailing Sessions Between HCPS and Covered Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portions of and pages removed from document |
| 85 | OIG-003835-OIG-003836 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17A, Audit Methodology | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology in selecting and obtaining records related to detailing interactions.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 86 | OIG-003838-OIG-003840; OIG-003842-OIG-003844 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17B, Records Reflecting Content of Detailing Sessions | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information reflecting the topic of detailing sessions reviewed during the applicable CIA period.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 87 | OIG-003846-OIG-003847 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17C, Limitations on Verbatims | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's detailing interactions review process.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 88 | OIG-003849 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17D, Review of Lipitor Verbatims | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 89 | OIG-003851 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17E, Review of Viagra Verbatims | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product. The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public. Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 90 | OIG-003853 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17F, Review of Zoloft Verbatims | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodolgy of verbatims related to a particular Pfizer product. The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public. Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 91 | OIG-003855-OIG-003856 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 17G | Exemption (b)(4): trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's findings and responses of potential issues identified during Pfizer's review of detailing sessions.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 92 | OIG-003863 | Corporate Integrity Agreement Annual Report, September 2007, Volume 1, Tab 19 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The organizational charts provide a great amount of detail about Pfizer's corporate structure that is not in the public domain, such as in SEC filings.  Pfizer maintains this detailed corporate organization information in strict confidence and does not disclose it to the public.  Access to this information is limited even within Pfizer.  The general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |
| 93 | OIG-003872 | Corporate Integrity Agreement Annual Report, September 2007, Volume 2, Pfizer Policies and Procedures, Table of Contents | Exemption (b)(4): trade secrets and confidential commercial/financial information.  As the underlying documents describing Pfizer's policies and procedures are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 94 | OIG-004438-OIG-004454 | Corporate Integrity Agreement Annual Report, September 2007, Volume 2, Pfizer Policies and Procedures, Tab 8, Standard Operating Procedure – QA Alerts | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential information related to Pfizer's policy governing requests for medical information submitted by Sales Representatives.  Pfizer's processes and procedures for determining whether requests for medical information are consistent with Pfizer Policy. Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 95 | OIG-004457-OIG-004590; OIG-004591-OIG-004777; OIG-004779-OIG-004940; OIG-004942-OIG-005129; OIG-005131-OIG-005135; OIG-005137-OIG-005279 | Corporate Integrity Agreement Annual Report, September 2007, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Tabs 1, 2, 3, 4 & 5 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential, proprietary training material.  The training modules in this Volume are exempt in their entirety from disclosure.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 96 | OIG-005282 - OIG-005346 | IRO, Medicaid Rebate & Managed Care Contracting Engagements – Testing Report, September 26, 2007 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report also contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 97 | OIG-005411-OIG-005416 | Corporate Integrity Agreement Between the OIG and Pfizer, Tab B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 98 | OIG-005418 - OIG-005425 | Corporate Integrity Agreement Between the OIG and Pfizer, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 99 | OIG-005428 - OIG-005504 | Independent Review Organization, Promotional and Product Services Engagement Report, Sept. 26, 2007 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 100 | OIG-005767-OIG-005770 | Independent Review Organization, Promotional and Product Services Engagement Report, Sept. 26, 2007, Tab C, Epstein Becker & Green 3/31/06 Letter to OIG | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 101 | OIG-005774 - OIG-005781 | Independent Review Organization, Promotional and Product Services Engagement Report, Sept. 26, 2007, Tab E | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 102 | OIG-005783 - OIG-005787 | Independent Review Organization, Promotional and Product Services Engagement Report, Sept. 26, 2007, Tab F | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 103 | OIG-005801 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 2, Pfizer Policies on Business Conduct | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This information provides insight into Pfizer's internal business and legal decisions, the priority assigned to different changes, and Pfizer's evolving interpretations of how to comply with laws and industry guidance.  The information also relates to the company's rules governing interactions with healthcare professionals, purchasers and other customers, and contractors and vendors.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 104 | OIG-005805 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 3A, List of Pfizer Policies and Procedures | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information .  As the underlying Policies and Procedures listed on this document are exempt from disclosure, the references to those documents are also exempt from disclosure.  These sections provide insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |
| 105 | OIG-005807-OIG-005812 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 3B, Summary of Significant Changes or Amendments to Policies and Procedures | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This section provides insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 106 | OIG-005814 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 4, Blue Book (Pfizer Policies on Business Conduct) Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records reflect information including, but not limited to, Pfizer's interpretation of its obligations under the CIA, specific steps undertaken to implement the CIA, and internal business decisions.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to this information is very limited even within Pfizer. | Redacted portions of document |
| 107 | OIG-005816-OIG-005821 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 5, Corporate Integrity Agreement Training and Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain detailed information about each training program, including but not limited to the topics covered, the nature of the audience, the duration of the training, and the percent of Covered Persons attending.  The records also contain an explanation of any exceptions to completion of the required training.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited even within Pfizer. | Redacted portions of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 108 | OIG-005825-OIG-005834 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 6A, IRO Engagement Letter | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 109 | OIG-005836-OIG-005841 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 6B, Managed Care Contracting Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 110 | OIG-005843-OIG-005856 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 6C, Promotional and Product Services System Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 111 | OIG-005866-OIG-005867 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 7B, Results of Pfizer's Internal USMI 30 Proactive Reviews | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  5 U.S.C. § 552(b)(7)(A), disclosure could reasonably be expected to interfere with enforcement proceedings.  This document contains confidential, proprietary information related to Pfizer's voluntary internal review of certain requests for medical information and the results of these reviews.  This information is not required by the CIA and is submitted voluntarily by Pfizer.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis.  Disclosure of this voluntarily submitted information could result in companies not submitting such information in the future. | Entire document |
| 112 | OIG-005871-OIG-005872 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 8A, Current and Prior Engagements with Pfizer Inc and IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The lists of current and prior engagements between Pfizer and the IRO contain detailed, confidential information regarding the scope and objectives of each referenced project.  Pfizer treats this information as confidential and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 113 | OIG-005878-OIG-005879 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 10, Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material concerns the changes, if any, made by Pfizer to its management process regarding ineligible persons.  This information includes confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 114 | OIG-005883 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 11A, Pfizer Inc. Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions and may identify Pfizer employees by name.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|--------------------------------------------------------------|----------------------|
| 115 | OIG-005885-OIG-005891 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 12, Summary of Reportable Events | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information; 5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  The summary of reportable events contains highly sensitive, commercial information.  Pfizer never releases compliance information or information regarding potential Reportable Events to the public, nor publicly reveal that it has made a submission to OIG.  Pfizer takes reasonable steps to limit access to this information even within its own organization.  The general custom in the pharmaceutical industry is not to release such information to the public.   Release of the information would  violate the privacy of  Pfizer and its employees as the records could expose the number and scope of "Reportable Events," the individuals involved in the events, the internal workings of Pfizer's compliance system, and the handling of sensitive employment matters. | Redacted portion of and pages removed from document |
| 116 | OIG-005899-OIG-005902 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 13B, Neurontin Corporate Integrity Agreement Summary | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain information related to notifications to Pfizer's Board of Directors and other Covered Persons about the CIA and Pfizer's obligations thereunder.  They reveal the specific steps Pfizer took or would take to implement the CIA.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 117 | OIG-005904-OIG-005965 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 14, Disclosure Log | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  In addition to containing a summary of all disclosures in Pfizer's Disclosure Log, the document contains information regarding the actions taken in response to the disclosure and status, as well as proactive reviews undertaken voluntarily and updates to previous logs.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Redacted portions of and pages removed from document |
| 118 | OIG-005967-OIG-005969 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 15, Ongoing Investigations and Legal Proceeding | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains summaries about government investigations of Pfizer and legal proceedings involving Pfizer, as well as actions taken by Pfizer and the status of the matter.  This material contains highly sensitive commercial information.  Pfizer does not release this information to the public, and even the existence of some of these matters is confidential.  General custom in the pharmaceutical industry is not to release such information to the public, and access to the information is limited within Pfizer.  Release of the information would cause substantial competitive harm to Pfizer because it would reveal detailed information regarding confidential investigations or legal proceedings against Pfizer, many of which, or the specific details of which, have not otherwise been disclosed to the public. | Redacted portions of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 119 | OIG-005971 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 16, FDA Communications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This summary contains a description of Pfizer's communications with the FDA, to the extent they exist.  Pfizer does not disclose this information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Redacted portions of document |
| 120 | OIG-005973; | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17, Detailing Sessions Between HCPS and Covered Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portions of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 121 | OIG-005975-OIG-005976 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17A, Audit Methodology | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information regarding Pfizer's methodology in selecting and obtaining records related to detailing interactions.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 122 | OIG-005978-OIG-005983 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17B, Records Reflecting Content of Detailing Sessions | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information reflecting the topic of detailing sessions reviewed during the applicable CIA period.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|------------------------------------------------------------|----------------------|
| 123 | OIG-005985-OIG-005986 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17C, Limitations of Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information regarding Pfizer's detailing interactions review process.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 124 | OIG-005988 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17D, Review of Geodon Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.. This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public. Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 125 | OIG-005990 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17E, Review of Lyrica Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 126 | OIG-005992 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17F, Review of Zyvox Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 127 | OIG-005994-OIG-005997 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 17G, Description of Responsive Actions | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This material contains information regarding Pfizer's findings and responses of potential issues identified during Pfizer's review of detailing sessions.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 128 | OIG-006004 | Corporate Integrity Agreement Annual Report, September 2008, Volume 1, Tab 19 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The organizational charts provide a great amount of detail about Pfizer's corporate structure that is not in the public domain, such as in SEC filings.  Pfizer maintains this detailed corporate organization information in strict confidence and does not disclose it to the public.  Access to this information is limited even within Pfizer.  The general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |
| 129 | OIG-006013 | Corporate Integrity Agreement, Annual Report, September 2008, Volume 2, Pfizer Policies and Procedures, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure.  The underlying documents contain confidential, proprietary information not disclosed to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 130 | OIG-006061; OIG-006063; OIG-006065-OIG-006067; OIG-006069-OIG-006113 | Corporate Integrity Agreement, Annual Report, September 2008, Volume 2, Tab 2, Pfizer Policies and Procedures, RMRS Guide to Scientific Exchange and Other Non-Promotional Activities(Green Guide) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information. These documents contain confidential, proprietary commercial information related to Pfizer's policy governing communication of information to HCPs.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Pages removed from document |
| 131 | OIG-006612-OIG-006630 | Corporate Integrity Agreement, Annual Report, September 2008, Volume 2, Pfizer Policies and Procedures, Tab 8, Standard Operating Procedure (QA Alert Policy) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential, proprietary information related to Pfizer's policy governing requests for medical information submitted by Sales Representatives.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 132 | OIG-006632; | Corporate Integrity Agreement, Annual Report, September 2008, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   As the underlying documents describing Pfizer's training modules are exempt from disclosure, the references to those documents are also exempt from disclosure and provide insight into the contents and topics of Pfizer's training programs.. The training modules in this Volume are exempt in their entirety from disclosure.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 133 | OIG-06634-OIG-006752; OIG-006754-OIG-006760; OIG-006761-OIG-006764; OIG-006766-OIG-006769 OIG-006771-OIG-006983; OIG-006985-OIG-006991; OIG-006993-OIG-006997; OIG-006999-OIG-007001; OIG-007003-OIG-007144; OIG-007146-OIG-007151; OIG-007153-OIG-007158; OIG-007160-OIG-00163 OIG-007003-OIG-007144; OIG-007146-OIG-007151; OIG-007153-OIG-007158; OIG-007160-OIG-007163; OIG-007165-OIG-007341; OIG-007343-OIG-007348; OIG-007350 | Corporate Integrity Agreement, Annual Report, September 2008, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Tab 1, 2, 3, 4 & 5 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential, proprietary training material.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 134 | OIG-007523-OIG-007557 | Independent Review Organization Corporate Integrity Agreement, Managed Care Contracting Engagement, September 26, 2008 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 135 | OIG-007622-OIG-007627 | Independent Review Organization Corporate Integrity Agreement, Managed Care Contracting Engagement, September 26, 2008, Tab B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.   The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 136 | OIG-007629-OIG-007643 | Independent Review Organization Corporate Integrity Agreement, Managed Care Contracting Engagement, September 26, 2008, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 137 | OIG-007646 - OIG-007739 | Independent Review Organization Corporate Integrity Agreement, Promotional and Product Services Engagement, September 26, 2008 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report also contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 138 | OIG-007804 - OIG-007817 | Independent Review Organization Corporate Integrity Agreement, Promotional and Product Services Engagement, September 26, 2008, Tab B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|---------------------|-------------------------------------------------------------|----------------------|
| 139 | OIG-007819 - OIG-007827 | Independent Review Organization Corporate Integrity Agreement, Promotional and Product Services Engagement, September 26, 2008, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 140 | OIG-007843 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 2, Pfizer Policies on Business Conduct | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This information provides insight into Pfizer's internal business and legal decisions, the priority assigned to different changes, and Pfizer's evolving interpretations of how to comply with laws and industry guidance.  The information also relates to the company's rules governing interactions with healthcare professionals, purchasers and other customers, and contractors and vendors.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 141 | OIG-007847 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 3A, List of Policies and Procedures | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information . As the underlying Policies and Procedures summarized in this record are exempt from disclosure, the references to those documents are also exempt from disclosure. These sections provide insight into Pfizer's internal business and legal decisions and Pfizer's interpretations of how to comply with laws and industry guidance. Pfizer maintains this information in strict confidence and does not disclose it to the public. The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 142 | OIG-007849-OIG-007851 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 3B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information . This document contains confidential, proprietary commercial information. Pfizer maintains this information in strict confidence and does not disclose it to the public. The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 143 | OIG-007853-OIG-007855 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 3C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information . This document contains confidential, proprietary commercial information. Pfizer maintains this information in strict confidence and does not disclose it to the public. The general custom in the pharmaceutical industry is not to release such information to the public and Pfizer does not have access to similar information with respect to competitors. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|--------------------------------------------------------------|----------------------|
| 144 | OIG-007857 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 4, Blue Book (Pfizer Policies on Business Conduct) Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records reflect information including, but not limited to, Pfizer's interpretation of its obligations under the CIA, specific steps undertaken to implement the CIA, and internal business decisions.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to this information is very limited even within Pfizer. | Redacted portion of document |
| 145 | OIG-007859-OIG-007864 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 5, Corporate Integrity Agreement Training and Certifications | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain detailed information about each training program, including but not limited to the topics covered, the nature of the audience, the duration of the training, and the percent of Covered Persons attending.  The records also contain an explanation of any exceptions to completion of the required training.  Pfizer maintains this information in strict confidence and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited even within Pfizer. | Redacted portion of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 146 | OIG-007868-OIG-007876 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 6A, IRO Engagement Letter | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 147 | OIG-007878-OIG-007887 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 6B, Promotional and Product Services System Review | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document relates to or describes the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire docum ent |
| 148 | OIG-007897-OIG-007889 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 8A,  Current and Prior Engagements with Pfizer Inc and IRO | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The lists of current and prior engagements between Pfizer and the IRO contain detailed, confidential information regarding the scope and objectives of each referenced project.  Pfizer treats this information as confidential and does not disclose it to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Entire docum ent |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 149 | OIG-007905- | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 10, Pfizer Inc. Ineligible Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material concerns the changes, if any, made by Pfizer to its management process regarding ineligible persons.  This information includes confidential information about Pfizer's internal business processes and decisions and specific steps Pfizer took to implement the CIA.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer; and Pfizer does not have access to similar information with respect to competitors. | Entire document |
| 150 | OIG-007909 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 11A, Ineligible Person | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  This document contains information regarding personnel actions, if any, taken pursuant to the CIA with respect to ineligible persons, if any.  This material contains confidential information about Pfizer's internal business processes and decisions and may identify Pfizer employees by name.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public; access to this information is limited within Pfizer, and Pfizer does not have access to similar information with respect to competitors. | Redacted portion of document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 151 | OIG-007911-OIG-007915 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 12, Reportable Events | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information; 5 U.S.C. § 552(b)(6), records or information that could constitute a clearly unwarranted invasion of personal privacy.  The summary of reportable events contains highly sensitive, commercial information.  Pfizer never releases compliance information or information regarding potential Reportable Events to the public, nor publicly reveal that it has made a submission to OIG.  Pfizer takes reasonable steps to limit access to this information even within its own organization.  The general custom in the pharmaceutical industry is not to release such information to the public.   Release of the information would violate the privacy of  Pfizer and its employees as the records could expose the number and scope of "Reportable Events," the individuals involved in the events, the internal workings of Pfizer's compliance system, and the handling of sensitive employment matters. | Redacted portion of and pages removed from document |
| 152 | OIG-007923-OIG-007926 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 13B, Neurontin Corporate Integrity Agreement Summary | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain information related to notifications to Pfizer's Board of Directors and other Covered Persons about the CIA and Pfizer's obligations thereunder.  They reveal the specific steps Pfizer took or would take to implement the CIA.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 153 | OIG-007928-OIG-007969 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 14, Disclosure Log | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  In addition to containing a summary of all disclosures in Pfizer's Disclosure Log, the document contains information regarding the actions taken in response to the disclosure and status, as well as proactive reviews undertaken voluntarily and updates to previous logs.  Pfizer does not disclose such notifications to the general public and limits access to this information within its own organization.  General custom in the pharmaceutical industry is not to release such information to the public.  Release of this confidential information would cause substantial competitive harm to Pfizer. | Redacted portion of and pages removed from document |
| 154 | OIG-007971-OIG-007975 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 15, Ongoing Investigations and Legal Proceeding | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains summaries about government investigations of Pfizer and legal proceedings involving Pfizer, as well as actions taken by Pfizer and the status of the matter.  This material contains highly sensitive commercial information.  Pfizer does not release this information to the public, and even the existence of some of these matters is confidential.  General custom in the pharmaceutical industry is not to release such information to the public, and access to the information is limited within Pfizer.  Release of the information would cause substantial competitive harm to Pfizer because it would reveal detailed information regarding confidential investigations or legal proceedings against Pfizer, many of which, or the specific details of which, have not otherwise been disclosed to the public. | Redacted portion of and pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 155 | OIG-007979; | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17, Detailing Sessions Between HCPS and Covered Persons | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  As the underlying documents describing Pfizer's detailing sessions between HCPs and Covered Persons are exempt from disclosure, the references to those documents are also exempt from disclosure. The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of and pages removed from document |
| 156 | OIG-007981-OIG-007982 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17A, Audit Methodology | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's methodology in selecting and obtaining records related to detailing interactions.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 157 | OIG-007984-OIG-007989 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17B, Records Reflecting Content of Detailing Sessions | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information reflecting the topic of detailing sessions reviewed during the applicable CIA period.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public | Entire document |
| 158 | OIG-007991-OIG-007992 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17C, Limitations of Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's detailing interactions review process.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 159 | OIG-007994 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17D, Review of Geodon Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public.. | Entire document |
| 160 | OIG-007996 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17E, Review of Lyrica Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 161 | OIG-007998 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17F, Review of Zyvox Verbatims | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's review methodology of verbatims related to a particular Pfizer product.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.  Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |
| 162 | OIG-008000-OIG-008003 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 17G, Description of Responsive Actions. | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This material contains information regarding Pfizer's findings and responses of potential issues identified during Pfizer's review of detailing sessions.  The highly sensitive, commercial information contained in the summaries, which was obtained from a person outside of the Government and confidential, should not be released to the public.   Pfizer does not release this information to the public; access to this information is very limited within Pfizer; and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|------------------------------------------------------------|----------------------|
| 163 | OIG-008010 | Corporate Integrity Agreement Annual Report, September 2009, Volume 1, Tab 19 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The organizational charts provide a great amount of detail about Pfizer's corporate structure that is not in the public domain, such as in SEC filings.  Pfizer maintains this detailed corporate organization information in strict confidence and does not disclose it to the public.  Access to this information is limited even within Pfizer.  The general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |
| 164 | OIG-008019 | Corporate Integrity Agreement Annual Report, September 2009, Volume 2, Pfizer Policies and Procedures, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure.  The underlying documents contain confidential, proprietary information not disclosed to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Redacted portion of document |
| 165 | OIG-008071; OIG-008073; OIG-008075-OIG-008077; OIG-008079-OIG-008123 | Corporate Integrity Agreement, Annual Report, September 2009, Volume 2, Tab 2, Pfizer Policies and Procedures, RMRS Guide to Scientific Exchange and Other Non-Promotional Activities(Green Guide) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial financial information.  This document contains confidential, proprietary commercial information related to Pfizer's policy governing the communication of information to HCPs.  Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Page removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 166 | OIG-008663- OIG0008682 | Corporate Integrity Agreement Annual Report, September 2009, Volume 2, Tab 8, Pfizer Policies and Procedures (QA Alert Policy) | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information. This document contains confidential, proprietary commercial information related to Pfizer's policy governing requests for medical information submitted by Sales Representations. Pfizer does not disclose this proprietary information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. | Entire docum ent |
| 167 | OIG-008684; | Corporate Integrity Agreement Annual Report, September 2009, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Table of Contents | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information. As the underlying documents containing Pfizer's confidential, proprietary training material are exempt from disclosure, the references to those documents are also exempt from disclosure. The training modules in this Volume are exempt in their entirety from disclosure. Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public. Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Page removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 168 | OIG-008686-OIG-008775 OIG-008777-OIG-008917; OIG-008919-OIG-008922; OIG-008924-OIG-008926; OIG-008928-OIG-089032; OIG-009034-OIG-009037; OIG-009039-OIG-009040; OIG-009042-OIG-009166; OIG-009168-OIG-009173; OIG-009175-OIG-009177; OIG-009179-OIG-009273; OIG-009275-OIG-009277-OIG-009280 | Corporate Integrity Agreement Annual Report, September 2009, Volume 3, Pfizer Policies on Business Conduct and Corporate Integrity Agreement Training Modules, Tabs 1, 2, 3, 4 & 5 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This document contains confidential, proprietary training material.  Pfizer does not release this information to the public, and the general custom in the pharmaceutical industry is not to release such information to the public.  Release of this sensitive, proprietary commercial information would cause substantial harm to Pfizer. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 169 | OIG-009283-OIG-009312; OIG-009314-OIG-009344 | Independent Review Organization, Promotional and Product Services Engagement, Year Five Report, September 28, 2009 | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  This report also contains highly proprietary and confidential commercial information reflecting the IRO's compliance assessment methodologies The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Pages removed from document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|-----|-------------|----------------------|-------------------------------------------------------------|----------------------|
| 170 | OIG-009345-OIG-009354 | Independent Review Organization, Promotional and Product Services Engagement, Year Five Report, September 28, 2009, Tab A | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 171 | OIG-009356-OIG-009357 | Independent Review Organization, Promotional and Product Services Engagement, September 28, 2009, Tab B | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 172 | OIG-009358-OIG-009368 | Independent Review Organization, Promotional and Product Services Engagement, September 28, 2009, Tab C | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  The IRO Reports contain highly sensitive, confidential and commercial information.  These documents relate to or describe the company's internal structure and operations; names and titles of personnel responsible for various business, legal, compliance and other functions; how the company interacts with the HCPs and the medical community; the names of and relationships with key customers and suppliers; and the company's use of contractors and other vendors.  The information also reflects Pfizer's interpretations of its obligations under the CIA, and decisions made and specific steps taken to implement such obligations.  Pfizer does not disclose this information to the public.  The general custom in the pharmaceutical industry is not to release such information to the public, and access to much of this information is limited within Pfizer to counsel and top management on a need-to-know basis. | Entire document |
| 173 | OIG-009369 - 385 | Pfizer Corporate Organization Chart. | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  These records contain confidential information related to Pfizer's corporate structure.  Pfizer does not disclose this information to the public; the general custom in the pharmaceutical industry is not to release such information to the public; and Pfizer does not have access to similar information for competitors. | Entire document |

**United States District Court for the District of Columbia**
*Public Citizen v. Department of Health and Human Services*, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**

| No. | Bates Range | Document Description | Basis for Non-disclosure/description of withheld information | Information withheld |
|---|---|---|---|---|
| 174 | OIG-009386 - 419 | Letter dated 02/13/2006 from John Rah to Nicole Hall. | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This letter and the accompanying attachments contain confidential information related to communication with the OIG regarding Pfizer's responses to the OIG's review of Pfizer's Annual Report.  These documents contain confidential information regarding IRO reviews and reports as well as Pfizer's responses thereto and excerpts from certain Pfizer policies and verbatims.  Pfizer does not disclose this information to the public; the general custom in the pharmaceutical industry is not to release such information to the public; and Pfizer does not have access to similar information for competitors. | Entire document |
| 175 | OIG-009420 - 427 | Letter dated -02/19/2008 from John Rah to Nicole Hall | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This letter contains confidential information related to communication with the OIG regarding Pfizer's responses to the OIG's review of Pfizer's Annual Report and includes confidential, proprietary information related the findings of several of Pfizer's internal reviews and IRO reviews and recommendations.  Pfizer does not disclose this information to the public; the general custom in the pharmaceutical industry is not to release such information to the public; and Pfizer does not have access to similar information for competitors. | Entire document |
| 176 | OIG-009428 - 430 | Letter dated 11/11/2009 from John Rah to Nicole Hall | 5 U.S.C. § 552(b)(4), trade secrets and confidential commercial/financial information.  This letter contains confidential information related to communication with the OIG regarding Pfizer's recommendations of the IRO and Pfizer's responses to those recommendations.  Pfizer does not disclose this information to the public; the general custom in the pharmaceutical industry is not to release such information to the public; and Pfizer does not have access to similar information for competitors. | Entire document |

**United States District Court for the District of Columbia**
***Public Citizen v. Department of Health and Human Services***, No. 1:11-cv-01681-BAH

**VAUGHN INDEX OF WITHHELD PFIZER INC. DOCUMENTS**