IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, ) | Civil Action No. 11-1681 |
| ) | Judge Beryl A. Howell |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| PFIZER INC. and PURDUE PHARMA ) | |
| L.P., ) | |
| ) | |
| Defendant-Intervenors. ) | |

**PROPOSED ORDER**

Upon consideration of the motions for summary judgment and all supporting documents in support thereof, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is granted;

**ORDERED** that defendant's and defendant-intervenors' motions for summary judgment are denied;

**ORDERED** that defendant disclose to plaintiff (1) Pfizer and Purdue Reportable Event summaries; (2) Pfizer and Purdue Disclosure Log summaries; (3) Pfizer and Purdue records involving the screening and removal of Ineligible Persons; (4) Pfizer and Purdue summaries of government investigations or legal proceedings; (5) Pfizer and Purdue communications with the Food and Drug Administration (FDA); (6) Pfizer and Purdue portions of IRO reports identified

1

in Plaintiff's Memorandum in Support of Summary Judgment and the company's responses and corrective action plans as to those portions; (7) Purdue's cover memorandum for a supplement to its first annual report; and (8) records involving Pfizer's off-label findings and responses to those findings, portions of the off-label review of detailing sessions for specific drugs for which the portions reveal off-label promotion, and underlying detailing session records that reveal off-label promotion identified in the off-label findings; and

**ORDERED** that defendant conduct an additional search to identify Pfizer responses and corrective action plans related to its IRO reports, which were not specifically identified in defendant's initial search.

**SO ORDERED.**

_____
The Honorable Beryl A. Howell
United States District Judge